# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ROBERTO ORTIZ SOTOMAYOR

Bkrtcy. No. 10-10278-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | |
|---|---|
| Petition Filing Date: | Oct 29, 2010 |
| Days from petition date | 35 |
| 910 Days before Petition | 5/2/2008 |
| This is debtor(s) 1st Bankruptcy petition. | |
| This is the 1st Scheduled Meeting | |
| Meeting Date | Dec 03, 2010 |
| Meeting Time | 10:00 AM |
| Chapter 13 Plan Date | Oct 29, 2010 Dkt.# 2 ☐ Amended. |
| Plan Base: | $3,600.00 |
| Confirmation Hearing Date: | Jan 14, 2011  Time: 9:00 AM |
| DC Track No. | 10 |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. — Date — Amount — Total Paid In: $0.00

### I. Appearances:
☒ Debtor Present    ☒ ID & Soc. OK    ☐ Debtor Absent
☐ Joint Debtor Present    ☐ ID & Soc. OK    ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined    ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present    ☐ Not Present
☐ Substitute attorney: ___    ☐ Pro-se.
☐ Telephone ☐ Video Conference
☐ Creditor(s) present:    ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **JOSE PRIETO CARBALLO\***  X
Total Agreed: $3,000.00    Paid Pre-Petition: $206.00    Outstanding: $2,794.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;    ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.    Liquidation Value: 0
Commitment Period is ☒ 36 ☐ 60 months.    [§1325(b)(1)(B)] Gen. Unsecured Pool: 0

1.50% The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 5 DAYS
§341 Meeting Rescheduled for: ___

### V. Trustee's OBJECTIONS to Confirmation:
☒ FEASIBILITY [§1325(a)(6)]    ☐ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS    ☒ Tax returns requirements. [§1308] ___
☐ Failure to comply with DSO requirements    ☐ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
- Debtor will submit 2781 (evidence of tax returns).
- Debtor will submit evidence of social security income.
- Debtor will amend plan to include pilar date.
- Will amend Schedule I to state that Debtor is separated.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1    Date: Dec 03, 2010